UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 19-9461-JFW(AFMx)**                                           Date:  November 23, 2020

Title:   Robert Perchlak -v- Liddle and Liddle

**PRESENT:**

       **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Daisy Rojas | None Present |
|---|---|
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**                 **ATTORNEYS PRESENT FOR DEFENDANTS:**
            None                                                                                         None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDER**

      Pursuant to the Court's Scheduling and Case Management Order filed on February 20, 2020, the parties were ordered to file a Pre-Trial Conference Order; Motions in Limine; Memorandum of Contentions of Fact and Law; Pre-Trial Exhibit Stipulation; Summary of Witness Testimony and Time Estimates; Status Report re: Settlement; Agreed Upon Set of Jury Instructions and Verdict Forms; and Joint Statement re: Disputed Instructions, Verdicts, etc. ("Pre-Trial Documents") by November 20, 2020.  Plaintiff Robert Perchlak ("Plaintiff") has violated the Court's Order by failing to file *any* of the required Pre-Trial Documents.

      As a result of Plaintiff's violation of the Court's Order, this action is **DISMISSED without prejudice**.  See Federal Rule of Civil Procedure 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-988 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992). The Pretrial Conference scheduled for December 4, 2020 and the trial scheduled for December 22, 2020 are hereby **VACATED**.

      IT IS SO ORDERED.