1  VIKRAM SOHAL (SBN 240251)
       Email:  vsohal@nemecek-cole.com
2  **NEMECEK & COLE**
   A Professional Corporation
3  16255 Ventura Boulevard, Suite 300
   Encino, CA 91436-2300
4  Tel: (818) 788-9500 / Fax: (818) 501-0328

5  Attorneys for Defendant LIDDLE & LIDDLE,
   A Professional Corporation
6

7

8  **UNITED STATES DISTRICT COURT OF THE CENTRAL DISTRICT OF**

9  **CALIFORNIA - WESTERN DIVISION - UNITED STATES COURTHOUSE**

10

11  ROBERT PERCHLAK, *on behalf of*        Case No.:  2:19-cv-09461-JFW-AFM
    *himself and all others similarly situated*,

12                                          **NOTICE OF LODGING OF**
                Plaintiff,                  **[PROPOSED] JUDGMENT**
13
        vs.
14
    LIDDLE & LIDDLE, A Professional
15  Corporation

16              Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

NEMECEK & COLE
A PROFESSIONAL CORPORATION
16255 Ventura Boulevard, Suite 300, Encino, California 91436-2300
TELEPHONE (818) 788-9500 FACSIMILE (818) 501-0328

notice of lodging.docx

1    After meeting and conferring with Plaintiff's counsel, Defendant Liddle &

2    Liddle, A Professional Corporation ("Defendant"), hereby lodges the attached

3    [Proposed] Judgment.

4

5                                             NEMECEK & COLE

6

7    DATED:  April 22, 2022          By:  /s/ Vikram Sohal

8                                             VIKRAM SOHAL
                                             Attorneys for Defendant
9                                             LIDDLE & LIDDLE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF LODGING

notice of lodging.docx

NEMECEK & COLE
A PROFESSIONAL CORPORATION
16255 Ventura Boulevard, Suite 300, Encino, California 91436-2300
TELEPHONE (818) 788-9500 FACSIMILE (818) 501-0328