CLOSED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Perchlak, *on behalf of himself and all others similarly situated*,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Liddle & Liddle, A Professional Corporation,<br><br>　　　　Defendant. | Case No. 2:19-cv-09461-JFW-AFMx<br><br>**JUDGMENT**<br><br>The Honorable John F. Walter |

　　With the Court's certification of the class and final approval of the class settlement in its order of April 11, 2022 (Dkt. No. 57), the terms of which are incorporated herein by reference, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

　　This Action is hereby dismissed with prejudice as to all parties and claims.

　　The Court retains continuing and exclusive jurisdiction over the Parties and all matters relating to this lawsuit and/or the Settlement Agreement, including the administration, interpretation, construction, effectuation, enforcement, and consummation of the settlement and this Court's April 11, 2022 Order (Dkt. No. 57).

DATE: April 26, 2022　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. John F. Walter